# SEALED

FILED
2015 JUL -7 PM 3: 25
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ KKC
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | CRIMINAL NO. _____ |
| Plaintiff, | § § | **A15 CR0183 SS** |
| v. | § § | **INDICTMENT** |
| SEAN CHRISTOPHER PAYNE, | § § § | [Ct. 1 - Vio:18 U.S.C. § 2252A(a)(5)(B) Possession of Child Pornography |
| Defendant. | § § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
Possession of Child Pornography
[18 U.S.C. § 2252A(a)(5)(B)]

On or about March 25, 2014, in the Western District of Texas, the Defendant,

**SEAN CHRISTOPHER PAYNE,**

did knowingly possess computers and other digital media that contained multiple images of child pornography, which had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, or which were produced using materials which have been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, containing images of child pornography.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2) and 2256(8)(A).

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

RICHARD L. DURBIN, JR.
ACTING UNITED STATES ATTORNEY

By: _____
GRANT SPARKS
Assistant U.S. Attorney