PS 8
(8/88)

**UNITED STATES DISTRICT COURT**
for the
Western District of Texas

FILED
NOV 0 5 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
            DEPUTY

U. S. A. vs. Sean Christopher Payne            Docket No. A 15 CR 183 (SS)

**Petition to Modify Conditions of Pretrial Release**

COMES NOW __Stacie Salinas__, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant __Sean Christopher Payne__ who was placed under pretrial release supervision by U.S. Magistrate Judge __Mark Lane__ sitting in the court at __Austin__, on the __20th__ day of __July__, 2015 under the following conditions:

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)
U.S. Pretrial Services respectfully recommends the defendant's conditions of release be amended to include the following:

1) Remove all trash from the residence
2) Remove all cat feces
3) Clean all litter boxes and change the litter box daily
4) Clean all bedrooms in the home and remove all empty food containers and trash from the bedrooms.
5) Disinfect the entire home including the bathrooms
6) ~~Remove all cats from the residence (indoor and outdoor) and take to them to the animal shelter.~~  *ML 11/5/15*
7) Wash all bed linens.
8) Clothing must be removed from the floor and stored properly.

PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE AND ORDER THAT HE ABIDE BY THESE CONDITIONS ON OR BEFORE NOVEMBER 12, 2015.

Respectfully submitted,

*Stacie Salinas* (signature)
Stacie Salinas
Sr. U.S. Pretrial Services Officer
Place: Austin, Texas
Date: 11/5/15

### ORDER OF COURT

Considered and ordered this __5TH__ day of __November__, 2015, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge    *Mark Lane* (signature)